# Notice Recipients

District/Off: 0208−1  User: shibbert  Date Created: 7/30/2010
Case: 10−14134−jmp  Form ID: b9a  Total: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Steven J. Read | 3043 Villa Ave.  Apt. 49  Bronx, NY 10468 |
| ust | United States Trustee | 33 Whitehall Street  21st Floor  New York, NY 10004 |
| tr | John S. Pereira | 150 East 58th Street  14th Floor  New York, NY 10155 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section  P.O. Box 5300  Albany, NY 12205−0300 |
| smg | United States Attorney | One St. Andrew's Plaza  Claims Unit – Room 417  New York, NY 10007−1701 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551  Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor  Attn: Legal Affairs – Devora Cohn  Brooklyn, NY 11201−3719 |
| 5257843 | AMERICAN EXPRESS | P.O. BOX 360001  FORT LAUDERDALE, FL 33336−0001 |
| 5257841 | AMERICAN EXPRESS | PO BOX 297871  FORT LAUDERDALE, FL 33329 |
| 5257842 | AMERICAN EXPRESS | PO BOX 297871  FORT LAUDERDALE, FL 33329−7871 |
| 5257845 | BANK OF AMERICA | PO BOX 1598  NORFOLK, VA 23501 |
| 5257844 | BANK OF AMERICA | PO BOX 17054  WILMINGTON, DE 19850 |
| 5257846 | BARCLAYS BANK OF DELAWARE | 125 S WEST ST  WILMINGTON, DE 19801 |
| 5257847 | CABLEVISION OF HUDSON VALLEY | 155 N. PLANK RD.  NEWBURGH, NY 12550 |
| 5257848 | CAPITAL MANAGEMENT SERVICES LP | 726 EXCHANGE STREET, SUITE 700  BUFFALO, NY 14210 |
| 5257849 | CBHV | PO BOX 3495  TOLEDO, OH 43607 |
| 5257851 | CHASE | PO BOX 15153  WILMINGTON, DE 19886 |
| 5257850 | CHASE | PO BOX 15298  WILMINGTON, DE 19850 |
| 5257852 | COUNTY OF SACRAMENTO | REVENUE RECOVERY DIVISION  10669 COLOMA ROAD  RANCHO CORDOVA, CA 95670 |
| 5257853 | DISCOVER FIN. SERVS. LLC | PO BOX 15316  WILMINGTON, DE 19850 |
| 5257854 | FIA CARD SERVICES, N.A. | PO BOX 15720  WILMINGTON, DE 19850−5720 |
| 5257855 | HOV SERVICES | P.O. BOX 5914  BRONX, NY 10468−1324 |
| 5257856 | NATIONWIDE CREDIT, INC. | 2015 VAUGHN RD NW, SUITE 400  KENNESAW, GA 30144−7802 |
| 5257857 | NCO FINANCIAL | PO BOX 15760  WILMINGTON, DE 19850−5760 |
| 5257858 | NCO FINANCIAL SYSTEMS INC | 507 PRUDENTIAL ROAD  HORSHAM, PA 19044 |
| 5257859 | NCO FINANCIAL SYSTEMS INC. | 507 PRUDENTIAL ROAD  HORSHAM, PA 19044 |
| 5257860 | NCO FINANCIAL SYSTEMS, INC. | P.O. BOX 15760  WILMINGTON, DE 19850−5760 |
| 5257861 | T−MOBILE | PO BOX 742596  CINCINNATI, OH 45274 |
| 5257862 | TRIANGLE REALTY | 30 GLENN STREET  WHITE PLAINS, NY 10603−8055 |
| 5257863 | UNITED RECOVERY SYSTEMS | P.O. BOX 722910  HOUSTON, TX 77272 |
| 5257864 | WEST ASSET MANAGEMENT | P.O. BOX 956842  SAINT LOUIS, MO 63195 |
| 5257865 | ZWICKER &ASSOCS., P.C. | PO BOX 101145  BIRMINGHAM, AL 35210 |

TOTAL: 32